PAUL J. FISHMAN
United States Attorney
PAMELA R. PERRON
Assistant U.S. Attorney
970 Broad Street
Newark, New Jersey 07102
(973) 645-2836

**ELECTRONICALLY FILED**

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| NIPENKUMAR VADALIA and DISHA VADALIA, individually, | |
| Plaintiffs, | Hon. Joseph H. Rodriguez |
| -- against -- | Civil Action No. 10-2255 |
| THE UNITED STATES OF AMERICA; JOHN DOE #1-15 (fictitious); JANE ROE #1-15 (fictitious); and JOHN DOE EMPLOYERS #1-15 (fictitious), individually, jointly, severally, and/or in the alternative, | **STIPULATION and ORDER of DISMISSAL** |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED by and among the plaintiffs and the defendant through their respective undersigned attorneys, that the above-captioned action be and hereby is dismissed on the merits with prejudice and without costs, expenses or disbursements to any party.

ANDRES & BERGER, P.C.

Attorneys for Plaintiffs

MICHAEL S. BERGER, Esq.

PAUL J FISHMAN
United States Attorney

Attorney for Defendant
United States of America

By: /s/ Pamela R. Perron
PAMELA R. PERRON
Assistant U.S. Attorney

**SO ORDERED**:

_____
JOSEPH H. RODRIGUEZ
UNITED STATES DISTRICT COURT